UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-10039-CIV-Moore/Garber

WALTER TRUSZKOWSKI aknd
TERESA TRUSZKOWSKI, his wife,

    Plaintiffs,

v.

FOLSOM C. PROCTOR and
KAREN W. PROCTOR, his wife,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court by referral from U.S. District Judge K. Michael Moore. Pursuant to such reference the Court has received the defendants' Motion to Designate Mediator, Motion to Compel Discovery and Motion for Sanctions, dated September 15, 2006. No response has been filed by plaintiffs. No hearing was held on said motion.

The Court has reviewed the record in this cause and duly considered the submissions of the parties. By Order dated May 25th, 2006, the parties were ordered to participate in mediation and were required to agree upon a mediator within fifteen (15) days from the date of said order. Such requirement has not been satisfied. Accordingly, the matter is referred to the Clerk of Court to , on a blind rotation basis, select a mediator from the Court's list of Certified Mediators.

Further, plaintiffs have failed to fulfill their discovery obligations by responding to the defendants' First Request for Production and First Set of Interrogatories, and to provide

dates for depositions as requested by the defendants. Accordingly, and upon due consideration, it is hereby

ORDERED AS FOLLOWS:

1. Defendants' Motion to Designate Mediator, Motion to Compel Discovery, and Motion for Sanctions is GRANTED.

2. The Clerk of Court shall, on a blind rotation basis, select a mediator from the List of Certified Mediators, and shall forthwith notify the parties of the named selection.

3. Plaintiff shall respond to defendants' First Request for Production and First Set of Interrogatories on or before October 23, 2006 and shall make available for defendants inspection that vessel that plaintiffs claim was damaged by the defendants' vessel on or before October 22, 2006.

4. Plaintiffs shall appear for their depositions on or before October 24, 2006 pursuant to notice of same provided by the defendants.

5. Defendants, as sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, are awarded the sum of $200.00 as attorneys' fees for time expended with regard to the motion now before the Court, said sum to be paid by plaintiffs on or before ten (10) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of October, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record
Clerk of Court